■ AERO DRIVE-IN, INC., Respondent, v TOWN OF CHEEKTO-WAGA et al., Appellants

Present—Dillon, P. J., Boomer, Pine, Balio and Lawton, JJ.